IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**UNITED STATES OF AMERICA**             **PLAINTIFF**

v.        Case No. 3:20-CR-00035-01-LPR

**NICOLE ELIZABETH TAYLOR**             **DEFENDANT**

## ORDER

Defendant's Motion to Reduce Sentence (Doc. 32) is DENIED.

Applying retroactive Guidelines Amendment 821 does not change Defendant's applicable guideline range. Although her criminal history score goes from 18 to 17, her criminal history category and sentencing range remain the same.[1]

IT IS SO ORDERED this 13th day of May, 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* U.S.S.G 1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").